No. 767, Misc. JENKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 803, Misc. STOCKS v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 857, Misc. SPAMPINATO v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Leo A. Larkin, Seymour B. Quel* and *Fred Iscol* for the City of New York, respondent.

No. 865, Misc. SMALLWOOD v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assisstant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 888, Misc. DIBLIN v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 890, Misc. HINES v. PEPERSACK, WARDEN. Baltimore City Court of Baltimore, Maryland. Certiorari denied.

No. 909, Misc. HAMBY v. PATE, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 938, Misc. WEAVER v. MARONEY, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.